989 A.2d 343

HSBC MORTGAGE SERVICES, INC., Respondent

v.

Glenn L. MEADATH Jr., and Janice L. Meadath
f/k/a Janice L. Weber, Petitioners.

Supreme Court of Pennsylvania.

Feb. 19, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of February 2010, the Petition for Allowance of Appeal is denied.

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.